# United States District Court
## *Southern District of Georgia*

David Lamarr Love

## JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV418-122

State of Georgia

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated June 26, 2018, adopting the Report and

Recommendation of the Magistrate Judge as the opinion of this Court; dismissing Plaintiff's

Complaint. This action stands closed.



June 26, 2018
_____
Date

Scott L. Poff
_____
Clerk

_____
(By) Deputy Clerk