IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DAVID LAMARR LOVE, )
 )
 Plaintiff, )
 )
v. ) CASE NO. CV418-122
 )
STATE OF GEORGIA, )
 )
 Defendant. )
 )

## O R D E R

Before the Court is Defendant's objection to the Magistrate Judge's Report and Recommendation. (Doc. 7.) On June 26, 2018, the Court adopted the Magistrate Judge's Report and Recommendation, to which Plaintiff failed to file timely objections, and dismissed his case. (Doc. 5.) Later on June 28, 2018, the Court received Plaintiff's objection to the Report and Recommendation, filed after the deadline for filing objections to the Report and Recommendation. (Doc. 7.) The Court will construe Plaintiff's objections as a Motion for Reconsideration of its prior order adopting the Report and Recommendation. After careful review of Plaintiff's objections, the Court finds no reason to disturb its prior order. Accordingly, Plaintiff's construed motion is **DENIED**.

SO ORDERED this 2ND day of July 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA