IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DAVID LAMARR LOVE, )
)
Plaintiff, )
)
v. ) CASE NO. CV418-122
)
STATE OF GEORGIA, )
)
Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 12), to which objections have been filed (Doc. 14). After careful consideration, Plaintiff has failed to offer any meritorious objection to the report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE**.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 9th day of October 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff's Motion for Summons and Complaint to be Served by Clerk (Doc. 11) is **DISMISSED AS MOOT**.