# United States District Court
## Southern District of Georgia

David Lamarr Love

                            JUDGMENT IN A CIVIL CASE

         v.                     CASE NUMBER: CV418-122

State of Georgia

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated October 9, 2018, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Plaintiff's complaint is hereby dismissed without prejudice. This action stands closed.

| | |
|---|---|
| October 10, 2018 | Scott L. Poff |
| Date | Clerk |
| | |
| | (By) Deputy Clerk |